UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JEFFREY SCOTT HORNOFF

Plaintiff,

v. C.A. No. 05-446S

THE CITY OF WARWICK, RHODE ISLAND,
ET AL.,

Defendants.

**ORDER**

I hereby recuse myself from participation in this litigation.

ORDER:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 10/25/05