UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JEFFREY SCOTT HORNOFF | : | |
| | : | |
| v. | : | C.A. No. 05-446ML |
| | : | |
| CITY OF WARWICK, et al. | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
November 2, 2005

BY ORDER:

Deputy Clerk