UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JEFFREY SCOTT HORNOFF, Plaintiff<br><br>v.<br><br>THE CITY OF WARWICK, RHODE ISLAND; RICHARD SANTOS and THOMAS NYE, members of the Warwick police Department, in their individual capacities; and JOHN AND JANE DOES 1-10, members of the Warwick Police Department, in their individual and supervisory capacities; THE STATE OF RHODE ISLAND; RICHARD HURST and THOMAS DENNISTON, members of the Rhode Island State Police, in their individual capacities; and JOHN AND JANE DOES 11-20, members of the Rhode Island State Police, in their individual and supervisory capacities, Defendants. | Civil Action No. 05-446ML |

## ENTRY OF APPEARANCE

Now comes the undersigned and hereby enters her appearance on behalf of the State of Rhode Island, Richard Hurst, and Thomas Denniston, Defendants in this action.

Respectfully submitted,

The State of Rhode Island,
Richard Hurst, and
Thomas Denniston
By Their Attorney,

Rebecca Tedford Partington

Rebecca Tedford Partington #3890
Deputy Chief--Civil Division
150 South Main St.
Providence, Rhode Island 02903
(401) 274-4400 ext. 2303
Fax No. (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Entry of Appearance was mailed, by first class mail, postage prepaid, on this 15th day of November 2005 to:

Robert N. Feldman
BIRNBAUM & ASSOCIATES, P.C.
268 Summer Street
Boston, MA 02210-1108

William C. Dimitri, Esquire
462 Broadway
Providence, RI 02909

Marc C. DeSisto, Esquire
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Melissa DiFuzio