UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JEFFREY SCOTT HORNOFF,<br><br>Plaintiff<br><br>v.<br><br>THE CITY OF WARWICK, RHODE ISLAND; RICHARD SANTOS and THOMAS NYE, members of the Warwick police Department, in their individual capacities; and JOHN AND JANE DOES 1-10, members of the Warwick Police Department, in their individual and supervisory capacities; THE STATE OF RHODE ISLAND; RICHARD HURST and THOMAS DENNISTON, members of the Rhode Island State Police, in their individual capacities; and JOHN AND JANE DOES 11-20, members of the Rhode Island State Police, in their individual and supervisory capacities,<br><br>Defendants. | ) | Civil Action No. 05-446ML |

**STIPULATION**

The undersigned attorneys of record hereby stipulate and agree that Defendants, the City of Warwick, Richard Santos, Thomas Nye and the State of Rhode Island, Richard Hurst, and Thomas Denniston, have up to and including January 2, 2006 to respond to Plaintiff's Complaint in the above-entitled matter.

FOR THE PLAINTIFF,

[signature]

Robert N. Feldman, Esq. (BBO#630734)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, Massachusetts 02210
Tel: (617) 307-6100
Fax: (617) 307-6101

FOR THE STATE, HURST AND DENNISTON,

Rebecca Tedford Partington

Rebecca Tedford Partington (#3890)
Deputy Chief--Civil Division
150 South Main Street
Providence, Rhode Island
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

Enter: Mary M. Lisi
USDJ 11/28/05

William C. Dimitri, Esq. (#3129)
462 Broadway
Providence, RI 02909
Tel: (401) 273-9092
Fax: (401) 331-1898

FOR THE CITY OF WARWICK, NYE AND SANTOS

Marc DeSisto / by [illegible]

Marc DeSisto, Esq.
211 Angell Street
Providence, Rhode Island 02906
Tel: (401) 272-4442
Fax: (401) 272-9937