UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JEFFREY SCOTT HORNOFF,

*Plaintiff*

vs. C. A. No. 05-446ML

THE CITY OF WARWICK, RHODE ISLAND, et al.

*Defendants*

**ENTRY OF APPEARANCE**

Now come the undersigned attorneys and enter their appearance for the defendants, City of Warwick, Richard Santos and Thomas Nye in the above captioned matter.

Defendants,
City of Warwick, Richard Santos and
Thomas Nye,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

John G. Earle, Esq. (#2406)
Breslin, Sweeney & Earle, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888
Phone: (401) 737-8484
Fax: (401) 738-6935
Email: jearle@bselaw.com

C.A. No. 05-446ML

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Entry of Appearance was mailed, postage prepaid, on this 29th day of November 2005, to:

Robert N. Feldman, Esq.
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210

Rebecca Tedford Partington
Deputy Chief—Civil Division
150 South Main Street
Providence, RI 02903

William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909

Laura Saz