AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

JEFFREY SCOTT HORNOFF

V.

City of Warwick, Rhode Island, et al.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05 446

TO: (Name and address of Defendant)

Richard Hurst
117 Annaquatucket Road
North Kingstown, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10/21/05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11/9/05 |
|---|---|
| NAME OF SERVER ~~(PRINT)~~ Joseph Clark | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: 117 Amaquatucket Rd. N. Kingstown, RI Richard H. [illegible] 11/9/05

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/9/05
Date

[signature]
Signature of Server

24 Homefield Ave.
Providence, RI, 02908
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.