**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JEFFREY SCOTT HORNOFF,**<br>**Plaintiff**<br><br>**v.**<br><br>**THE CITY OF WARWICK, RHODE ISLAND; RICHARD SANTOS and THOMAS NYE, members of the Warwick Police Department, in their individual capacities; and JOHN AND JANE DOES 1-15, members of the Warwick Police Department, in their individual capacities; THE STATE OF RHODE ISLAND; RICHARD HURST and THOMAS DENNISTON, members of the Rhode Island State Police, in their individual capacities; and JOHN AND JANE DOES 16-30, members of the Rhode Island State Police, in their individual and supervisory capacities,**<br>**Defendants** | : | **C.A. NO. 05-446ML** |

**MOTION OF DEFENDANTS HURST AND DENNISTON FOR LEAVE TO PROPOUND IN EXCESS OF 25 INTERROGATORIES**

Now come Defendants Richard Hurst and Thomas Denniston, and move this Court for an Order allowing them to propound up to fifty (50) interrogatories each in this matter.. A memorandum in support hereof is attached.

Respectfully submitted,

STATE OF RHODE ISLAND
By Its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Assistant Attorney General
150 So. Main Street
Providence, RI 02903
(401) 274-4400 ext. 2303
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Motion was mailed, postage prepaid, on this 4th day of January, 2006 to:

Robert N. Feldman
BIRNBAUM & ASSOCIATES, P.C.
280 Summer Street
Boston, MA 02210-1108

William C. Dimitri, Esquire
462 Broadway
Providence, RI 02909

Marc C. DeSisto, Esquire
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

[signature]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JEFFREY SCOTT HORNOFF,** **Plaintiff** | : | |
| **v.** | : | |
| **THE CITY OF WARWICK, RHODE ISLAND; RICHARD SANTOS and THOMAS NYE, members of the Warwick Police Department, in their individual capacities; and JOHN AND JANE DOES 1-15, members of the Warwick Police Department, in their individual capacities; THE STATE OF RHODE ISLAND; RICHARD HURST and THOMAS DENNISTON, members of the Rhode Island State Police, in their individual capacities; and JOHN AND JANE DOES 16-30, members of the Rhode Island State Police, in their individual and supervisory capacities,** **Defendants** | : | **C.A. NO. 05-446ML** |

**MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANTS HURST AND DENNISTON FOR LEAVE TO PROPOUND IN EXCESS OF 25 INTERROGATORIES**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, parties are limited to twenty-five (25) interrogatories. The Complaint in this case contains 191 paragraphs, many of which are extremely fact specific. In order to gather information in a timely fashion, and to allow those parties to present an adequate defense, it is respectfully requested that they each be allowed to propound up to fifty (50) interrogatories to the Plaintiff.

Respectfully submitted,

STATE OF RHODE ISLAND
By Its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington
Rebecca Tedford Partington #3890
Assistant Attorney General
150 So. Main Street
Providence, RI 02903
(401) 274-4400 ext. 2303
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Memorandum was mailed, postage prepaid, on this 4th day of January, 2006 to:

Robert N. Feldman
BIRNBAUM & ASSOCIATES, P.C.
280 Summer Street
Boston, MA 02210-1108

William C. Dimitri, Esquire
462 Broadway
Providence, RI 02909

Marc C. DeSisto, Esquire
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Melina DiFonzo