UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JAN 0 5 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JEFFREY SCOTT HORNOFF, )
Plaintiff )
v. ) Civil Action No. 05-446ML
THE CITY OF WARWICK ET AL. )
Defendants. )

STIPULATION

The undersigned attorneys of record hereby stipulate and agree that Defendants, the City of Warwick, Richard Santos, and Thomas Nye, may have up to and including January 20, 2006, to respond to Plaintiff's Complaint.

FOR THE PLAINTIFF:

Robert N. Feldman (BBO# 630734)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
Tel.: (617) 307-6100
Fax: (617) 307-6101

FOR THE CITY OF WARWICK, NYE AND SANTOS:

John G. Earle (#2406)
Breslin, Sweeney & Earle, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888
Tel.: (401) 737-8484
Fax: (401) 738-6935

Enter: Mary M. Lisi USDJ 1/6/06