UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JAN 0 4 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JEFFREY SCOTT HORNOFF, Plaintiff<br>v.<br>THE CITY OF WARWICK, RHODE ISLAND; RICHARD SANTOS and THOMAS NYE, members of the Warwick Police Department, in their individual capacities; and JOHN AND JANE DOES 1-15, members of the Warwick Police Department, in their individual capacities; THE STATE OF RHODE ISLAND; RICHARD HURST and THOMAS DENNISTON, members of the Rhode Island State Police, in their individual capacities; and JOHN AND JANE DOES 16-30, members of the Rhode Island State Police, in their individual and supervisory capacities, Defendants | C.A. NO. 05-446ML |

**MOTION OF DEFENDANTS HURST AND DENNISTON FOR LEAVE TO PROPOUND IN EXCESS OF 25 INTERROGATORIES**

Now come Defendants Richard Hurst and Thomas Denniston, and move this Court for an Order allowing them to propound up to fifty (50) interrogatories each in this matter.. A memorandum in support hereof is attached.

Respectfully submitted,

STATE OF RHODE ISLAND
By Its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington

Rebecca Tedford Partington #3890
Assistant Attorney General
150 So. Main Street
Providence, RI 02903
(401) 274-4400 ext. 2303
Fax: (401) 222-2995

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 1/27/06

## CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing Motion was mailed, postage prepaid, on this 4th day of January, 2006 to:

Robert N. Feldman
BIRNBAUM & ASSOCIATES, P.C.
280 Summer Street
Boston, MA 02210-1108

William C. Dimitri, Esquire
462 Broadway
Providence, RI 02909

Marc C. DeSisto, Esquire
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

[signature]