RECEIVED
JUN 02 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JEFFREY SCOTT HORNOFF,
Plaintiff

v.

THE CITY OF WARWICK, RHODE ISLAND; RICHARD SANTOS and THOMAS NYE, members of the Warwick police Department, in their individual capacities; and JOHN AND JANE DOES 1-10, members of the Warwick Police Department, in their individual and supervisory capacities; THE STATE OF RHODE ISLAND; RICHARD HURST and THOMAS DENNISTON, members of the Rhode Island State Police, in their individual capacities; and JOHN AND JANE DOES 11-20, members of the Rhode Island State Police, in their individual and supervisory capacities,
Defendants.

Civil Action No. 05-446L

**ENTRY OF APPEARANCE**

Now comes the undersigned and hereby enters her appearance on behalf of the State of Rhode Island, Richard Hurst, and Thomas Denniston, Defendants in this action.

Respectfully submitted,

The State of Rhode Island,
Richard Hurst, and
Thomas Denniston
By Their Attorney,

Parisa Beers #6437
Special Assistant Attorney General
150 South Main St.
Providence, Rhode Island 02903
(401) 274-4400 ext. 2367
Fax No. (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Entry of Appearance was mailed, by first class mail, postage prepaid, on this 2nd day of June 2006 to:

Robert N. Feldman
BIRNBAUM & ASSOCIATES, P.C.
280 Summer Street
Boston, MA 02210-1108

William C. Dimitri, Esquire
462 Broadway
Providence, RI 02909

Marc C. DeSisto, Esquire
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Carol Collins