Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Robert N. Feldman

RE: CA 05-446ML

Hornoff v. The City of Warwick, et al.

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on 06 / 12 / 06 and have made the following determination:

___ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

___ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

X 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

___ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

___ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

___ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

___ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

___ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

___ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

___ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

X 10. Other Affidavits in support must be filed in triplicate.

ENTER: [signature]

United States Magistrate Judge
cc: Counsel of Record

Date: 6/12/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JEFFREY SCOTT HORNOFF,<br><br>Plaintiff<br><br>v.<br><br>THE CITY OF WARWICK, RHODE ISLAND; RICHARD SANTOS and THOMAS NYE, members of the Warwick police Department, in their individual capacities; and JOHN AND JANE DOES 1-10, members of the Warwick Police Department, in their individual and supervisory capacities; THE STATE OF RHODE ISLAND; RICHARD HURST and THOMAS DENNISTON, members of the Rhode Island State Police, in their individual capacities; and JOHN AND JANE DOES 11-20, members of the Rhode Island State Police, in their individual and supervisory capacities,<br><br>Defendants. | Civil Action No. 05-446ML |

**PLAINTIFF'S OPPOSITION TO STATE DEFENDANTS' MOTION TO STRIKE OBJECTIONS AND MOTION TO COMPEL**

Plaintiff Jeffrey Scott Hornoff ("Hornoff") respectfully submits this opposition to State Defendants' Motion to Strike Objections and Motion to Compel.

For the sake of context, in this civil rights action the vast majority of discoverable information is in the possession, custody and control of the Defendants. In particular, the City Defendants and the State Defendants have all of the Cushman murder investigation materials, including volumes of witness interview notes, police reports, forensic reports and related relevant information. By contrast, the discoverable information Hornoff possesses relates principally to his injury. At the time he was investigated, charged, tried and convicted (and since), Hornoff