UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JEFFREY SCOTT HORNOFF,

Plaintiff

v.

THE CITY OF WARWICK, RHODE ISLAND; RICHARD SANTOS and THOMAS NYE, members of the Warwick police Department, in their individual capacities; and JOHN AND JANE DOES 1-10, members of the Warwick Police Department, in their individual and supervisory capacities; THE STATE OF RHODE ISLAND; RICHARD HURST and THOMAS DENNISTON, members of the Rhode Island State Police, in their individual capacities; and JOHN AND JANE DOES 11-20, members of the Rhode Island State Police, in their individual and supervisory capacities,

Defendants.

Civil Action No. 05-446ML

**AFFIDAVIT OF ROBERT N. FELDMAN**

I, ROBERT N. FELDMAN, declare under penalties of perjury as follows:

1. I am an attorney with the law firm of Birnbaum & Godkin, L.L.P.

2. I represent Jeffrey Scott Hornoff ("Hornoff") in the above-referenced matter. I submit this affidavit in support of Plaintiff's Opposition to State Defendants' Motion to Strike Objections and Motion to Compel.

3. I make this affidavit on personal knowledge, information and belief.

4. Attached as Exhibit A is a true and correct copy of the Complaint and Jury Demand.

5. Attached as Exhibit B is a true and correct copy of Plaintiff Jeffrey Scott Hornoff's Responses to Interrogatories to Plaintiff Propounded by Defendant Richard Hurst, a

true and correct copy of Plaintiff Jeffrey Scott Hornoff's Responses to Interrogatories to Plaintiff Propounded by Defendant Thomas Denniston, a true and correct copy of Plaintiff Jeffrey Scott Hornoff's Responses to Request for Production of Documents by Defendant Hurst and a true and correct copy of Plaintiff Jeffrey Scott Hornoff's Responses to Request for Prodution of Documents by Defendant Denniston.

6. Attached as Exhibit C is a true and correct copy of a May 8, 2006 letter from Rebecca Tedford Partington to Robert N. Feldman.

7. Attached as Exhibit D is a true and correct copy of a May 16, 2006 email from Robert Feldman to Rebecca Tedford Partington.

8. Attached as Exhibit E is a true and correct copy of a May 25, 2006 letter from Robert N. Feldman to Rebecca Tedford Partington.

9. Attached as Exhibit F is a true and correct copy of a June 8, 2006 email chain from Robert Feldman and Parisa Beers.

10. On or about May 19, 2006, I informed counsel for State Defendants, by voicemail, that a written response to the State Defendant's discovery issues was forthcoming.

Dated the 9th day of June 2006 in Boston, Massachusetts.

Robert N. Feldman

**CERTIFICATE OF SERVICE**

I, Robert N. Feldman, hereby certify that on June 9, 2006, I caused a true and correct copy of the foregoing document to be served by electronic mail and first class mail upon:

John G. Earle
Breslin, Sweeney & Earle, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888

Marc DeSisto
Desisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906

Rebecca Tedford Partington
Assistant Attorney General
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903

William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909

Robert N. Feldman