UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUL 14 2006
Property of U.S. District Court
District of Rhode Island

JEFFREY SCOTT HORNOFF,

Plaintiff

V.

THE CITY OF WARWICK, RHODE ISLAND; RICHARD SANTOS and THOMAS NYE, members of the Warwick police Department, in their individual capacities; and JOHN AND JANE DOES 1-10, members of the Warwick Police Department, in their individual and supervisory capacities; THE STATE OF RHODE ISLAND; RICHARD HURST and THOMAS DENNISTON, members of the Rhode Island State Police, in their individual capacities; and JOHN AND JANE DOES 11-20, members of the Rhode Island State Police, in their individual and supervisory capacities,

Defendants

C.A. No. 05-446ML

**CONSENT ORDER**

This matter came on to be heard on the 12th day of July, 2006, before Magistrate Judge Martin on the Motion of State Defendants to Strike Objections and Motion To Compel. With respect to the Motion to Compel, by agreement of State Defendants and Plaintiff, it is hereby

**ORDERED, ADJUDGED AND DECREED**

Plaintiff, Jeffrey Scott Hornoff shall respond to the following interrogatories accordingly:

Interrogatories No. 7, 9, 10, 11, 15 and 22 shall be supplemented/modified to contain information consistent with the May 25, 2006 letter from Robert Feldman, Esq. to Rebecca Partington, Esq. (Attachment A.)

Interrogatories 2, 23, 38, 40 and 43 shall be supplemented/modified to contain the information requested in the June 30, 2006 letter from Parisa Beers, Esq. to Robert Feldman, Esq. (Attachment B.)

Interrogatories 25, 27, 32, 33, 34, 36 and 42 shall be supplemented/modified to explicitly state, for each interrogatory, all facts known to Plaintiff and to confirm that Plaintiff has in fact, included all known facts in his responses.

Plaintiff may respond to these interrogatories consistent with Paragraph 8 of Magistrate Judge Martin's July 13, 2006 Order.

All responses to the above listed interrogatories shall be in the form of a supplemental pleading, signed by the Plaintiff.

Plaintiff will provide Defendants with a privilege log.

Plaintiff shall fulfill all obligations of this Consent Order by Friday, July 28, 2006.

ENTERED as an Order of the Court this 17th day of July, 2006.

ENTER:

David L Martin USMJ

Magistrate Judge Martin

PER ORDER:

Clerk

Presented By:

Parisa Beers, No. 6437
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2367
(401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing Order was mailed, postage prepaid, on this 14th day of July, 2006 to:

Robert N. Feldman
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210-1108

William C. Dimitri, Esquire
462 Broadway
Providence, RI 02909

Marc C. DeSisto, Esquire
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Carol A. Collins