UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JEFFREY SCOTT HORNOFF,

Plaintiff

v.

THE CITY OF WARWICK, RHODE ISLAND; RICHARD SANTOS and THOMAS NYE, members of the Warwick police Department, in their individual capacities; and JOHN AND JANE DOES 1-10, members of the Warwick Police Department, in their individual and supervisory capacities; THE STATE OF RHODE ISLAND; RICHARD HURST and THOMAS DENNISTON, members of the Rhode Island State Police, in their individual capacities; and JOHN AND JANE DOES 11-20, members of the Rhode Island State Police, in their individual and supervisory capacities,

Defendants.

Civil Action No. 05-446ML

**DISMISSAL STIPULATION**

It is hereby stipulated between the plaintiff and the defendants, the City of Warwick, Richard Santos and Thomas Nye that any and all claims and counts in the plaintiff's complaint against these defendants are hereby dismissed, with prejudice, no interest or attorney's fees and each side to bear their own costs.

Plaintiff,
By his attorney,

s/s Robert N. Feldman
Robert N. Feldman, Esq.
Birnbaum & Godkin, LLP
280 Summer Street
Boston, Massachusetts 02210

Defendants,
By their attorneys,

s/s Marc DeSisto
Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

s/s Peter D. Ruggiero
Peter D. Ruggiero (#5733).
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, RI 02886

______________________________ Date: ____________________
The Honorable Mary M. Lisi