UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JEFFREY SCOTT HORNOFF,<br><br>Plaintiff<br><br>v.<br><br>THE CITY OF WARWICK, RHODE ISLAND; RICHARD SANTOS and THOMAS NYE, members of the Warwick police Department, in their individual capacities; and JOHN AND JANE DOES 1-10, members of the Warwick Police Department, in their individual and supervisory capacities; THE STATE OF RHODE ISLAND; RICHARD HURST and THOMAS DENNISTON, members of the Rhode Island State Police, in their individual capacities; and JOHN AND JANE DOES 11-20, members of the Rhode Island State Police, in their individual and supervisory capacities,<br><br>Defendants. | Civil Action No. 05-446ML |

**ASSENTED-TO MOTION TO AMEND PRE-TRIAL SCHEDULING ORDER**

Counsel for the plaintiff respectfully moves this Court to amend the scheduling order in this case, to extend the applicable deadlines by ninety (90) days. In support thereof, plaintiff states that the settlement efforts that culminated in the stipulation of dismissal from this case of certain defendants have been the primary focus, with the goal of resolving the case at the earliest stages of litigation. Because it now appears that settlement with the State of Rhode Island, Richard Hurst, Thomas Denniston, and John and Jane Does 11-20 (collectively, the "State Defendants") is unlikely to occur in the immediate future, plaintiff respectfully requests an additional ninety (90) days in which the parties may complete the discovery process. Counsel for the State Defendants has been consulted and assents to this motion. In support of this assented-to Motion, plaintiff states specifically as follows:

1. Over the course of the past six months, extensive time and resources have been devoted to settling this case, in particular, reaching settlement with the now-dismissed defendants City of Warwick, Richard Santos and Thomas Nye (collectively, the "City Defendants"). These efforts have included multiple mediation sessions with Justice Weisberger, who graciously and repeatedly donated his time to facilitate resolution of the dispute. As a result of these settlement efforts, which accelerated over the past three months in order to work through complex, intertwined settlement issues, plaintiff and the City Defendants reached a settlement that led to the recent stipulation of dismissal of the City Defendants from this case. On August 18, 2006, this Court issued an Order entering the stipulated dismissal of the City Defendants.

2. The case continues, however, as against the State Defendants. While the plaintiff and the State Defendants have explored the possibility of settlement, including in sessions with Justice Weisberger, no settlement appears imminent. Accordingly, plaintiff will continue to pursue his claims. The parties are in the process of exchanging documents, and plaintiff still awaits documents that are long overdue from the City Defendants and at least one third party. Given that this civil rights case involves events that took place approximately fifteen years ago, it is critical for the parties to have as complete a documentary record as possible before depositions commence. To that end, plaintiff proposes an extension of ninety (90) days for each of the deadlines listed in the pre-trial order dated March 24, 2006, yielding the following deadlines:

| | |
|---|---|
| Plaintiff's expert witness disclosures | December 4, 2006 |
| Close of all discovery | March 19, 2007 |
| Defendants' expert witness disclosures | January 3, 2007 |
| Dispositive motions | April 2, 2007 |
| Pre-trial memorandum (in absence of dispositive motion) | April 19, 2007 |

3. Plaintiff, through his counsel, has conferred with counsel for the State Defendants, who assent to this Motion and the revised pre-trial schedule set forth above.

WHEREFORE, counsel for the plaintiff respectfully requests that this Court amend the pre-trial schedule to extend the applicable deadlines by ninety (90) days, as detailed above.

Dated: August 28, 2006

Respectfully Submitted,

**JEFFREY SCOTT HORNOFF**,

By his attorneys,

______________________________
Robert N. Feldman, Esq. (admitted *pro hac vice*)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, Massachusetts 02210
Tel: (617) 307-6100
Fax: (617) 307-6101

William C. Dimitri, Esq. (#3129)
462 Broadway
Providence, RI 02909
Tel: (401) 273-9092
Fax: (401) 331-1898

SO ORDERED:

______________________________
Mary M. Lisi
United States District Judge

Date: