UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JEFFREY SCOTT HORNOFF,
Plaintiff

v. C.A. No. 05-446L

THE CITY OF WARWICK,
RHODE ISLAND; et al.
Defendants.

**AMENDED NOTICE TO TAKE DEPOSITION**

Now come Defendants State of Rhode Island, Richard Hurst and Thomas Denniston, and hereby gives notice that they, by and through their attorney, will take the Deposition of, **the Keeper of Records, Warwick, Police Department** at the Office of the Department of Attorney General, Kent County Courthouse, 222 Quaker Lane, Warwick, RI. The Deposition will commence at 11:30 a.m. on Tuesday, October 31, 2006 and may be continued to a lawfully adjourned date, or from day to day until the Deposition is completed.

Respectfully submitted,

STATE OF RHODE ISLAND,
RICHARD HURST,
THOMAS DENNISTON
By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*

Rebecca Tedford Partington #3890
Assistant Attorney General
150 So. Main Street
Providence, RI 02903
(40l) 274-4400 ext. 2303
Fax: (401) 222-2995
rpartington@riag.ri.gov

**CERTIFICATION**

I hereby certify that a true copy of the foregoing was served on the11th day of October, 2006 by electronic mail to William C. Dimitri, Esquire, bill@dimitri-perkins.com and Robert N. Feldman, Esquire, feldman@birnbaumgodkin.com.

*/s/ Rebecca Tedford Partington*