1. Documents associated with the charges, hearing, and ultimate demotion of Joseph A. Duquette.

2. Personnel file of Jeffrey Scott Hornoff.

3. Documents associated with the murder of Victoria Cushman.

4. Polygraph policy in effect August 1989.

5. Any documents associated with the polygraph administered to Jeffrey Scott Hornoff in connection with the investigation into the murder of Victoria Cushman.

6. Any documents concerning the transfer of the case to the Rhode Island State Police.

7. Any documents or forms distributed to and/or signed by Warwick Police Officers. concerning their participation in the investigation of the Cushman murder by the Rhode Island State Police.

8. List of evidence seized by the Warwick Police Department in conjunction with the Victoria Cushman murder investigation.