**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JEFFREY SCOTT HORNOFF,** **Plaintiff** | : | |
| **v.** | : | Civil Action No. 05-446L |
| **THE CITY OF WARWICK, RHODE ISLAND; et al.** **Defendants** | : | |

**MOTION TO EXTEND DISCOVERY DEADLINE AS TO EXPERTS ONLY**

Now come the Defendants, and move this Court for an Order extending the discovery deadline as to expert disclosure only until 45 and 90 days respectively after the decision on any dispositive motion (if necessary). Plaintiff's counsel has been contacted and has indicated that he has no objection to this motion. A memorandum in support hereof is attached.

Respectfully submitted,

STATE OF RHODE ISLAND,
RICHARD HURST,
THOMAS DENNISTON
By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*

Rebecca Tedford Partington #3890
Assistant Attorney General
150 So. Main Street
Providence, RI 02903
(40l) 274-4400 ext. 2303
Fax: (401) 222-2995
rpartington@riag.ri.gov

**CERTIFICATION**

I hereby certify that a true copy of the foregoing was served on the 18th day of October, 2006 by electronic mail to William C. Dimitri, Esquire, bill@dimitri-perkins.com and Robert N. Feldman, Esquire, feldman@birnbaumgodkin.com.

*/s/ Rebecca Tedford Partington*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JEFFREY SCOTT HORNOFF,** **Plaintiff** | : | |
| **v.** | : | Civil Action No. 05-446L |
| **THE CITY OF WARWICK, RHODE ISLAND; et al.** **Defendants** | : | |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO EXTEND DISCOVERY DEADLINE**
**AS TO EXPERTS ONLY**

As discovery has progressed, it has become clear that the dispositive motion contemplated by these Defendants will not have as its basis any expert testimony. Given that, the Defendants, in light of the significant expense that will be incurred by both sides of this dispute[1], request that any deadline for the exchange of expert information be extended until after any dispositive motion is decided. Plaintiff's counsel has no objection to this motion.

Respectfully submitted,

STATE OF RHODE ISLAND,
RICHARD HURST,
THOMAS DENNISTON
By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*

Rebecca Tedford Partington #3890
Assistant Attorney General
150 So. Main Street
Providence, RI 02903
(40l) 274-4400 ext. 2303
Fax: (401) 222-2995
rpartington@riag.ri.gov

[1] The experts would have to begin by reviewing the documents exchanged by the parties so far—over 5,000 by the State, approximately 12,000 by the Plaintiff. That review alone would run into the thousands of dollars.

**CERTIFICATION**

I hereby certify that a true copy of the foregoing was served on the 18th day of October, 2006 by electronic mail to William C. Dimitri, Esquire, bill@dimitri-perkins.com and Robert N. Feldman, Esquire, feldman@birnbaumgodkin.com.

*/s/ Rebecca Tedford Partington*