UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JEFFREY SCOTT HORNOFF,
Plaintiff

v. C.A. No. 05-446L

THE CITY OF WARWICK,
RHODE ISLAND; et al.
Defendants

**NOTICE TO TAKE DEPOSITION**

Now come Defendants State of Rhode Island, Richard Hurst and Thomas Denniston, and hereby gives notice that they, by and through their attorney, will take the Deposition of, **Rhonda Goula** at the Office of the Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903-2907. The Deposition will commence at 2:00 pm on March 6, 2007 and may be continued to a lawfully adjourned date, or from day to day until the Deposition is completed.

Respectfully submitted,

STATE OF RHODE ISLAND,
RICHARD HURST,
THOMAS DENNISTON
By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*

Rebecca Tedford Partington #3890
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2303
Fax: (401) 222-2995
rpartington@riag.ri.gov

**CERTIFICATION**

I hereby certify that a true copy of the foregoing was served on the 31st day of January, 2007 by electronic mail to Marc C. DeSisto, Esquire, marc@desistolaw.com and William C. Dimitri, Esquire, bill@dimitri-perkins.com and by first class mail, postage prepaid, to:

Robert N. Feldman, Esquire
BIRNBAUM & ASSOCIATES, P.C.
280 Summer Street
Boston, MA 02210-1108

*/s/ Rebecca Tedford Partington*