# SCHEDULE A

## Definitions

For purposes of this Schedule A, the following definitions shall apply:

A. "You" or "your" refers to Dr. Henry Lee and his agents, employees, partners, beneficiaries, associates, attorneys, representatives and all other persons acting on his behalf.

B. The term "City of Warwick" means the City of Warwick and all of its agents, employees, beneficiaries, attorneys, representatives and all other persons acting on its behalf.

C. The term "City of Warwick Police Department" means the City of Warwick Police Department and all of its agents, employees, members, beneficiaries, attorneys, representatives and all other persons acting on its behalf.

D. The term "State of Rhode Island" means the State of Rhode Island and all of its agents, employees, beneficiaries, attorneys, representatives and all other persons acting on its behalf.

E. The term "Rhode Island State Police" means the Rhode Island State Police and all of its agents, employees, members, beneficiaries, attorneys, representatives and all other persons acting on its behalf.

F. The term "Victoria Cushman" means the Victoria Cushman who was murdered on or about August 10 or 11, 1989.

G. The term "document(s)" is used herein in its customary broad sense to include all materials discoverable under the applicable rules, including, without limiting the generality of the foregoing, originals and any copies of written, printed, typed, recorded (including audio and video), photocopied, transcribed, punched, taped, filmed,

microfilmed, computer processed or transmitted, or graphic matter of every type and description, and any other form of recorded information, however processed, produced or reproduced, including letters, notes to file, drawings, graphs, charts, photographs, phone records, telephone notes, internal memoranda, reports, telegrams, electronic mail or "e-mail" messages, telefaxes or telecopies, diary entries, calendars, and deskbooks, and/or information stored in any form of computer medium, including, without limitation, hard disk, floppy disk, and magnetic tape, and other data compilations from which information can be obtained, translated, if necessary, by the respondent through detection devices into reasonably usable form, in your possession or in the possession of your affiliates, agents, servants, employees, representatives, or attorneys. A draft or non-identical copy is a separate document within the meaning of this term.

H. The term "communication(s)" is used herein to mean, refer to, and include any and all transmittals or transfers of information in the form of facts, ideas, inquiries, or otherwise.

I. The term "concerning" means referring to, describing, evidencing or constituting.

J. The term "including" shall mean "including but not limited to."

K. "Any" or "all" means "any and all."

L. "And" or "or" means "and/or."

M. The use of the singular shall be deemed to include the plural, and the use of one gender shall include all others, in order to give the interrogatories an inclusive rather than exclusive meaning.

N. In case of doubt as to the scope of a clause including "and," "or," "any," "all," "each," or "every," the intended meaning is inclusive rather than exclusive.

**Relevant Time Period**

Unless otherwise indicated, the Requests below seek documents generated or received during the period January 1, 1989 to the present.

**Documents Requested**

1. All documents concerning your appointment or engagement to assist with the investigation of the Victoria Cushman homicide.

2. All copies, drafts, outlines, notes and versions of any testing you performed in connection with the Victoria Cushman homicide.

3. All documents and/or other information provided by you to the City of Warwick, the City of Warwick Police Department or the Rhode Island State Police in connection with your investigation of the Victoria Cushman homicide.

4. All documents considered, reviewed, or relied upon by you or otherwise available to you in connection with your investigation of the Victoria Cushman homicide and/or the preparation of any report by you.

5. All notes, witness statements, documents, recordings or other materials prepared by you or provided to you in connection with your investigation of the Victoria Cushman homicide and/or the preparation of any report by you.

6. All bills, invoices, time records and phone records associated with your involvement in the investigation of the Victoria Cushman homicide.

7. All documents concerning your communications with third parties, including individuals employed by the City of Warwick, the Warwick Police Department, the State of Rhode Island or the Rhode Island State Police, concerning your investigation of the Victoria Cushman homicide.

8. All documents concerning fees earned by you in connection with your involvement in the investigation of the Victoria Cushman homicide.