UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JEFFREY SCOTT HORNOFF,

Plaintiff

v.

THE CITY OF WARWICK, RHODE ISLAND; RICHARD SANTOS and THOMAS NYE, members of the Warwick police Department, in their individual capacities; and JOHN AND JANE DOES 1-10, members of the Warwick Police Department, in their individual and supervisory capacities; THE STATE OF RHODE ISLAND; RICHARD HURST and THOMAS DENNISTON, members of the Rhode Island State Police, in their individual capacities; and JOHN AND JANE DOES 11-20, members of the Rhode Island State Police, in their individual and supervisory capacities,

Defendants.

Civil Action No. 05-446ML

**PLAINTIFF'S NOTICE OF DEPOSITION OF RICHARD SANTOS**

TO: Rebecca Tedford Partington
Deputy Chief -- Civil Division
Department of Attorney General
150 South Main Street
Providence, RI 02903

PLEASE TAKE NOTICE THAT, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, counsel for Jeffrey Scott Hornoff will take the deposition upon oral examination of Richard Santos.

The deposition will commence at 10:00 a.m. on February 23, 2007 at the offices of William C. Dimitri, Law Office of William C. Dimitri, 462 Broadway, Providence, RI 02909,

before a notary public or other officer authorized by law to administer oaths. The deposition will continue from day to day until completed.

Richard Santos will be served with a subpoena.

You are invited to attend and cross-examine.

DATED: February 1, 2007

Respectfully submitted,

FOR THE PLAINTIFF,

/s/ Robert N. Feldman

Robert N. Feldman, Esq. (*pro hac vice*)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, Massachusetts 02210
Tel: (617) 307-6100
Fax: (617) 307-6101

William C. Dimitri, Esq. (R.I. Bar #3129)
462 Broadway
Providence, RI 02909
Tel: (401) 273-9092
Fax: (401) 331-1898

**CERTIFICATE OF SERVICE**

I, Robert N. Feldman, hereby certify that that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 1, 2007.

/s/ Robert N. Feldman
Robert N. Feldman