UNITED STATES DISRCT COURT
FOR THE DISTRICT OF RHODE ISLAND

JEFFREY S. HORNOFF
Plaintiff

v. C.A. No.: 05-446**L**

THE CITY OF WARWICK, et al.

**AFFIDAVIT**

Being duly sworn, I do depose under oath that I am the Deputy Chief for the City of Warwick Police Department (the "Department") and that:

1. I was presented with a *Subpoena Duces Tecum,* attached as Exhibit A, from the State of Rhode Island by and through their attorney, Rebecca T. Partington, in the above-referenced matter for records in the possession of the Department concerning the Plaintiff Jeffery S. Hornoff.

2. I reviewed the records of the Department in the Department's care, control and custody concerning Mr. Hornoff and state that the attached Exhibit B, incorporated herein by reference as if set forth fully herein, includes the full and complete records of the Department concerning Mr. Hornoff and responsive to the *Subpoena*.

3. I placed the Department's records responsive to items numbered 1, 2 & 3 of the *Subpoena* in a sealed envelope labeled Exhibit C, as it is my understanding that these records are the subject of a Motion For A Protective Order and may be subject to *in camera* review.

Under the pains and penalties of perjury, I declare that I have examined this Affidavit and, to the best of my knowledge and belief, it is true, correct and complete.

[signature]
Mark Titus, Deputy Chief
Warwick Police Department

Subscribed and sworn to before me this 23rd day of February, 2007.

[signature]
\# 42475

MCE: 12-4-09

EXHIBIT A

RECEIVED
OCT 10 2006
CHIEF'S OFFICE
WARWICK POLICE DEPT.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JEFFREY SCOTT HORNOFF,
Plaintiff

v. C.A. No. 05-446L

THE CITY OF WARWICK,
RHODE ISLAND; et al.
Defendants.

## NOTICE TO TAKE DEPOSITION

Now come Defendants State of Rhode Island, Richard Hurst and Thomas Denniston, and hereby gives notice that they, by and through their attorney, will take the Deposition of, **the Keeper of Records, Warwick, Police Department** at the Office of the Department of Attorney General, Kent County Courthouse, 222 Quaker Lane, Warwick, RI. The Deposition will commence at 11:30 a.m. on Tuesday, October 31, 2006 and may be continued to a lawfully adjourned date, or from day to day until the Deposition is completed.

Respectfully submitted,

STATE OF RHODE ISLAND,
RICHARD HURST,
THOMAS DENNISTON
By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*

Rebecca Tedford Partington #3890
Assistant Attorney General
150 So. Main Street
Providence, RI 02903
(401) 274-4400 ext. 2303
Fax: (401) 222-2995
rpartington@riag.ri.gov

EXHIBIT B

1. Documents associated with the charges, hearing, and ultimate demotion of Joseph A. Duquette.

All documents discovered in the possession of the Department have been placed in the sealed envelope labeled Exhibit C.

2. Personnel file of Jeffrey Scott Hornoff.

All documents discovered in the possession of the Department have been placed in the sealed envelope labeled Exhibit C.

3. Documents associated with the murder of Victoria Cushman.

All documents discovered in the possession of the Department have been placed in the sealed envelope labeled Exhibit C.

4. Polygraph policy in effect August 1989.

None were discovered or known to exist.

5. Any documents associated with the polygraph administered to Jeffrey Scott Hornoff in connection with the investigation into the murder of Victoria Cushman.

None were discovered or known to exist.

6. Any documents concerning the transfer of the case to the Rhode Island State Police.

None were discovered or known to exist.

7. Any documents or forms distributed to and/or signed by Warwick Police Officers. concerning their participation in the investigation of the Cushman murder by the Rhode Island State Police.

None were discovered or known to exist.

8. List of evidence seized by the Warwick Police Department in conjunction with the Victoria Cushman murder investigation.

None were discovered or known to exist.