**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JEFFREY SCOTT HORNOFF,** **Plaintiff** | : | |
| **v.** | : | Civil Action No. 05-446L |
| **THE CITY OF WARWICK, RHODE ISLAND; et al.** **Defendants** | : | |

**MOTION TO EXPEDITE CONSIDERATION**

Now come the State Defendants, and request that this Court expedite consideration of the Motion for Protective Order filed by the City of Warwick. A memorandum is attached.

Respectfully submitted,

STATE OF RHODE ISLAND,
RICHARD HURST,
THOMAS DENNISTON
By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*

Rebecca Tedford Partington #3890
Assistant Attorney General
150 So. Main Street
Providence, RI 02903
(40l) 274-4400 ext. 2303
Fax: (401) 222-2995

**CERTIFICATION**

I hereby certify that a true copy of the foregoing was served on the 28th day of February, 2007 by electronic mail via the ECF system to William C. Dimitri, Esquire, bill@dimitri-perkins.com and Robert N. Feldman, Esquire, feldman@birnbaumgodkin.com.

*/s/ Rebecca Tedford Partington*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JEFFREY SCOTT HORNOFF,** **Plaintiff** | : | |
| **v.** | : | Civil Action No. 05-446L |
| **THE CITY OF WARWICK, RHODE ISLAND; et al.** **Defendants** | : | |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO EXPEDITE CONSIDERATION**

In October of 2006 the State subpoenaed records from former co-Defendant City of Warwick. On February 27, 2007, the City responded with a Motion for Protective Order, refusing to produce any documents. Discovery closes on March 19, 2007, and depositions for which these documents would be used are scheduled to begin on March 14, 2007. Therefore, the State defendants request expedited consideration (and denial) of the City's request.

Respectfully submitted,

STATE OF RHODE ISLAND,
RICHARD HURST,
THOMAS DENNISTON
By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*

Rebecca Tedford Partington #3890
Assistant Attorney General
150 So. Main Street
Providence, RI 02903
(40l) 274-4400 ext. 2303
Fax: (401) 222-2995

**CERTIFICATION**

I hereby certify that a true copy of the foregoing was served on the 28th day of February, 2007 by electronic mail via the ECF system to William C. Dimitri, Esquire, bill@dimitri-perkins.com and Robert N. Feldman, Esquire, feldman@birnbaumgodkin.com.

*/s/ Rebecca Tedford Partington*