# EXHIBIT A

s

renzi's
48, of
, was
eroin.
ig his
in the
County
ingest-
during

ession
head-
i were
at the
itions.
police
could
held
bail.

that
on
a job

he
urned
n
d
ere
rs

00

# Police Maj. Duquette demoted for stonewalling murder probe

■ A panel finds he told two officers not to talk to state police detectives who were investigating the 1989 murder of Victoria Cushman. Duquette's friend, former city Detective Jeffrey Scott Hornoff, faces trial in the killing.

By TONY De PAUL
Journal-Bulletin Staff Writer

WARWICK — Joseph A. Duquette, the Warwick Police major accused of interfering in a state police murder investigation, has been demoted to the rank of captain by a panel of his peers.

But Duquette, who has been collecting full pay while on "stress leave" for the last 10 months, will retire rather than return to active duty.

Duquette's friend, former Warwick Detective Jeffrey Scott Hornoff, was indicted last year in the 1989 murder of Victoria Cushman, 29, who was beaten to death with a fire extinguisher in her Maple Street apartment.

Mayor Lincoln D. Chafee disclosed yesterday that Police Chief William DeFeo had tried to fire Duquette in August on the belief that Duquette had acted between 1991 and 1994 to frustrate a state police investigation of the Cushman murder.

Duquette, then the second-highest-ranking officer on the force, demanded a hearing under the state law known as the Law Enforcement Officers Bill of Rights.

The three officers appointed to hear his case ruled Friday that Duquette should not be fired for his role in hampering the investigation, but should be demoted to captain, reprimanded and forced to attend "remedial management training."

WARWICK

**Duquette has chosen to retire, and his pension will not be affected.**

The Warwick Board of Public Safety, scheduled to meet tonight, is expected to approve Duquette's request for retirement.

He became eligible to retire two days ago, on the 20th anniversary of his Nov. 26, 1975 hiring.

Duquette, who was promoted from captain to major in 1993, will draw a pension of about $516 a week, for life.

The demotion will have no effect on his retirement income because his pension is calculated on his earnings and not his rank.

City Solicitor Will Smith said yesterday that the hearing panel met eight times in recent weeks at the East Providence Public Library and heard testimony from perhaps 15 witnesses. Duquette did not attend the hearings, Smith said.

Earlier this year, Duquette was "medically unavailable" to be interviewed by lawyer Kevin J. Bristow, a former state prosecutor whom Chafee hired to investigate the reason for the five-year gap between Cushman's murder and Hornoff's indictment.

Chafee said yesterday that DeFeo had attempted to fire Duquette based on the report that Bristow made public on May 3.

"I just regret that Capt. Duquette chose not to testify in any way, either to Kevin Bristow or to the Bill of Rights panel," Chafee said yesterday. "I know people would have liked to have heard his side of it."

"On the other hand, that was his choice." Chafee said. "Now, all the personalities involved in the Bristow report are pretty much retired. The Warwick Police Department is moving ahead, and I think we're on a positive track."

The officers who heard the case against Duquette were Lt. Manuel T. Vierra of the Portsmouth Police Department, Major Gary P. Dias of the East Providence Police Department, and Capt. Joseph Subin of the Newport Police Department.

Under the terms of the law, Subin was named to the panel by Duquette, Dias by Chief DeFeo, and Vierra by Superior Court Presiding Justice Joseph F. Rodgers Jr.

The panel concluded that Duquette had hindered the state police investigation that ultimately led to Hornoff's indictment on Dec. 29, 1994.

"The Hearing Committee unanimously agrees ... that then-Detective Captain Joseph A. Duquette ... (ordered) Lt. Thomas Nye and Sgt. Richard Santos not to speak with or cooperate with Detective Lt. Richard Hurst and Detective Sgt. Thomas Denniston of the Rhode Island State Police regarding the Victoria Cushman homicide investigation."

The panel also found that Duquette had refused to help state police identify the Warwick Police officers who had attended a party with Hornoff on Aug. 10, 1989, the night of the murder.

Smith said yesterday that Duquette had applied for retirement about a week before the panel ruled that he should be demoted.

Smith said the city had hoped to see the firing upheld, but he viewed the demotion as "obviously a very serious kind of discipline."

Hornoff awaits trial in the murder of Victoria Cushman.

# Meeting set on industrial park rezoning

WEST WARWICK — Residents who want to discuss the proposed rezoning of the West Warwick Industrial Park on Route 2 should attend a

WEST WARWICK

Town Manager Frank Myers is

The purpose of the proposed rezoning is to allow a greater variety of businesses in the industrial park.

...id Gordon M. Smith, chairman of

RISP4437