**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JEFFREY SCOTT HORNOFF,** **Plaintiff** : | |
| **v.** : | Civil Action No. 05-446L |
| **THE CITY OF WARWICK, RHODE ISLAND; et al.** **Defendants** : | |

**MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

Now come the State defendants, and move this Court for an Order extending the dispositive motion deadline, presently set for April 2. As grounds therefore, movants would show that, because of some scheduling issues, the parties have agreed to have depositions taken after the court-established close of discovery, March 19. One such deposition, of defendant Hurst, is scheduled for April 5. The defendants believe that it will be necessary to have the transcripts of all depositions in hand prior to preparing any dispositive motion. Defendants request an extension up to and until **May 11, 2007** to file their dispositive motion. Plaintiff's counsel has been contacted and has no objection to this extension.

Respectfully submitted,

STATE OF RHODE ISLAND,
RICHARD HURST,
THOMAS DENNISTON
By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*

Rebecca Tedford Partington #3890
Assistant Attorney General
150 So. Main Street
Providence, RI 02903
(40l) 274-4400 ext. 2303
Fax: (401) 222-2995

**CERTIFICATION**

I hereby certify that a true copy of the foregoing was served on the 9th day of March, 2007 by electronic mail via the ECF system to William C. Dimitri, Esquire, bill@dimitri-perkins.com and Robert N. Feldman, Esquire, feldman@birnbaumgodkin.com.

*/s/ Rebecca Tedford Partington*