UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JEFFREY S. HORNOFF
Plaintiff

v. C.A. No.: 05-446ML

THE CITY OF WARWICK, et al.
Defendants

**ORDER**

After a hearing having been held on the City of Warwick's motion for a protective order quashing certain aspects of the *subpoena duces tecum* issued by counsel for the Defendant, State of Rhode Island (the "State"), on or about October 5, 2006 to the Keeper of the Records for the Warwick Police Department for certain documents, it is hereby:

**ORDERED, ADJUDED AND DECREED**

1. The City of Warwick's Motion is granted in part such that the sought after documents shall be released only to counsel for the parties and may be disclosed only to counsel, their staff, clients, the R.I. State Police and deposition witnesses in connection with this litigation.
2. The sought after documents released to the counsel for the parties shall not be disseminated or released to the public by the parties.
3. All other aspects of the City of Warwick's Motion are denied.

By Order.

Martha Saucier

Deputy Clerk

ENTER:

David L Martin

David Martin
United States Magistrate Judge

Date: 3-22-07

Prepared By:
CITYOF WARWICK
By Their Attorney,
Peter D. Ruggiero, (#5733)
Assistant City Solicitor
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, RI 02886
Tel: (401) 737-8700
Fax: (401) 737-0735

CERTIFICATION

I, hereby certify that a true copy of the within Order was sent by regular mail, to: Robert N. Feldman, BIRNBAUM & GODKIN, LLP, 280 Summer Street, Boston, MA 02210 and Rebecca T. Partington, DEPARTMENT OF THE ATTORNEY GENERAL, 150 South Main Street, Providence, R.I. 02903 on this 12th day of March, 2007

[signature]