**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JEFFREY SCOTT HORNOFF,** :
**Plaintiff** :
**v.** :
: Civil Action No. 05-446ML
**THE CITY OF WARWICK, RHODE ISLAND;** :
**et al.** :
**Defendants** :
:

**DISMISSAL STIPULATION**

Now come the parties, through counsel, and hereby stipulate and agree that this matter is hereby dismissed, no costs or fees to any party.

For the Plaintiff,

*/s/ Robert N. Feldman*

Robert N. Feldman, Esquire
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100
Fax: (617) 307-6101

*/s/ William C. Dimitri*

William C. Dimitri, #3129
464 Broadway
Providence, RI 02909
(401) 273-9092
Fax: (401) 331-1898

For the State of Rhode Island,
Richard Hurst and Thomas Denniston

*/s/ Rebecca Tedford Partington*
*/s/ Parisa Beers*

Rebecca Tedford Partington, #3890
Assistant Attorney General
Parisa Beers, #6437
Special Assistant Attorney General
150 So. Main Street
Providence, RI 02903
(40l) 274-4400
Fax: (401) 222-2995

**CERTIFICATION**

I hereby certify that a true copy of the foregoing was served on the 23rd day of March, 2007 by electronic mail via the ECF system to William C. Dimitri, Esquire, bill@dimitri-perkins.com and Robert N. Feldman, Esquire, feldman@birnbaumgodkin.com.

*/s/ Rebecca Tedford Partington*